**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TRUDY A. MCINTYRE,**

     **Plaintiff,**

**v.**                         **Case No.: 6:13-cv-771-Orl-36KRS**

**CENTRAL CREDIT SERVICES, Inc.,**

     **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff, TRUDY A. MCINTYRE, by and through her undersigned counsel, notifies the Court pursuant to M.D. Fla. Local Rule 3.08, that the parties have amicably settled this matter but requests the right to reopen this case for further proceedings upon good cause, if necessary, within sixty (60) days.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on August 19, 2013,  I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to: Sessions, Fishman, Nathan & Israel, L.L.C., attn.: Ms. Dayle M. Van Hoose, Esq., at dvanhoose@sessions-law.biz.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants: None.

S/ Michael G. Howard_____
Michael G. Howard, Esq.
Fla. Bar Number 0636541
Attorney for Plaintiff Trudy A. McIntyre
Law Office of Michael G. Howard, P.A.
P.O. Box 510547
Melbourne Beach, FL 32951-0547

Telephone: 321-728-4246
Fax: 321-728-4217
E-mail: michaelhowardlaw@gmail.com