UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TRUDY A. MCINTYRE,**

    **Plaintiff,**

v.                            **Case No: 6:13-cv-771-Orl-36KRS**

**CENTRAL CREDIT SERVICES, INC.,**

    **Defendant.**
_____/

**ORDER**

THIS MATTER is before the Court upon review of the file. Pursuant to a notice of settlement, on August 20, 2013, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 21). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on October 24, 2013.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO:**
Counsel of Record and Unrepresented Parties, if any